```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    KERI CURTIS AXEL (Cal. Bar No. 186847)
 4  Assistant United States Attorney
         1300 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-5421
         Facsimile: (213) 894-6436
 7       Keri.Axel@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
 9
                   UNITED STATES DISTRICT COURT
10
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
    AARON STRICKLAND,           )  NO.  CV 08-388-CAS
12                              )       CR 04-1682-CAS
              Petitioner,       )
13                              )
                v.              )  [PROPOSED] ORDER SETTING TIME
14                              )  FOR DEFENDANT'S REPLY RE BAIL
    JOSEPH WOODRING,            )  MOTION
15                              )
              Respondent.       )
16  _____)

17       Having received the Respondent/Government's Opposition to

18  Defendant/Petitioner's Motion for Bail Pending Outcome of

19  Petition Under 28 U.S.C.§ 2241, filed May 1, 2008, the COURT

20  HEREBY ORDERS that defendant shall file a reply, if any, by May

21  22, 2008.

22
                                  _____
23  DATED: May 5, 2008
                                    HON. CHRISTINA A. SNYDER
24                                  United States District Judge
```